## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:     Alecia Vickers                          ) Case Number: 20-13108
                                                    ) Chapter 13 Proceedings
                    Debtor.                         ) Judge Jessica E. Price Smith

### TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO MODIFY PLAN

Now comes **LAUREN A. HELBLING**, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, by and through counsel, and hereby objects to the Debtor's Motion to Modify Plan filed with this Court on October 1, 2020 (hereinafter "Debtor's Motion"). In support of her objection, the Trustee makes the following representations to the Court:

1.     The Trustee's Objection to Confirmation filed August 27, 2020, is still outstanding, specifically the Prosecution, Omitted Claims, and Liquidation paragraphs.

**WHEREFORE** your Trustee, being a proper party in interest, hereby moves this Honorable Court to deny the Debtor's Motion for the reasons cited.

Respectfully submitted,

/s/ Holly Davala

HOLLY DAVALA #0070447
Staff Attorney for Chapter 13 Trustee
Office of the Chapter 13 Trustee, Lauren A. Helbling
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone: (216) 621-4268    Fax: (216) 621-4806
ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on October 6, 2020, a true and correct copy of Trustee's Objection was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Renee Heller, Attorney, on behalf of Debtor at rhlegal@aol.com


/s/ Holly Davala
HOLLY DAVALA #0070447
Staff Attorney for Chapter 13 Trustee
Office of the Chapter 13 Trustee, Lauren A. Helbling
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone: (216) 621-4268    Fax: (216) 621-4806
ch13trustee@ch13cleve.com

HD/kb
10/6/20